FILED: January 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2275
(1:21-cv-00410-LKG)

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

      Plaintiffs - Appellants

v.

PETER FRANCHOT

      Defendant - Appellee

_____

O R D E R

_____

The court defers consideration of the motion to schedule oral argument pending submission of the briefs.

The court denies the motion to accelerate case processing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk