# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 20, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   22-2275,   <u>Chamber of Commerce of the United States v. Brooke Lierman</u>
                 1:21-cv-00410-LKG

TO:   Chamber of Commerce of the United States of America
      Computer & Communications Industry Association
      NetChoice

FILING CORRECTION DUE:  <mark>July 20, 2023</mark>

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using



Emily Borneisen, Deputy Clerk
804-916-2704